**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

NOV -2 2018

CLERK, U.S. DISTRICT COURT
by_____
                    Deputy

UNITED STATES OF AMERICA

v.                                          No. 4:18-CR-231-A

BLAKE TAYLOR (01)

## FACTUAL RÈSUMÈ

I.    Plea

The defendant is pleading guilty to Counts One and Two of the indictment. Count One charges Attempted Bank Robbery, in violation of 18 U.S.C. § 2113(a) and (d). Count Two charges Using, Carrying, and Discharging a Firearm During the Commission of a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

II.    Penalties

The maximum penalties the Court can impose include:

a.    imprisonment for a period not less than 10 years and up to life (a term of imprisonment not to exceed 25 years as to Count One and a term of imprisonment of at least 10 years and up to life as to Count Two; the sentences imposed on Counts One and Two shall run consecutively);

b.    a fine not to exceed $500,000 ($250,000 for each count), or both such fine and imprisonment;

c.    a term of supervised release of not more than five (5) years (not more than three (3) years as to Count One and not more than five (5) years as to Count Two; the terms of supervised release shall run concurrently), which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;

d.    a mandatory special assessment of $200 ($100 for each count);

**Factual Resume - Page 1**

e.  forfeiture of property;

f.  restitution to the victims; and

g.  costs of incarceration and supervision.

III.  <u>Elements of the Offenses:</u>

In order to establish the offense alleged in Count One of the Indictment, the government must prove the following elements beyond a reasonable doubt:

<u>First:</u>  That the defendant intentionally attempted to take money from the person or presence of another;

<u>Second:</u>  That the money belonged to or was in the possession of a federally insured bank at the time of the attempted taking;

<u>Third:</u>  That the defendant attempted to take the money by means of force and violence or by intimidation; and

<u>Fourth:</u>  That the defendant assaulted some person, or put in jeopardy the life of some person, by the use of a dangerous weapon or device, while engaged in the attempted taking of the money.

In order to establish the offense alleged in Count Two of the Indictment, the government must prove the following elements beyond a reasonable doubt:

<u>First:</u>  That the defendant committed a violent crime, as alleged in Count One;

<u>Second:</u>  That the defendant knowingly used or carried a firearm during and in relation to the defendant's commission of the violent crime charged in Count One; and

<u>Third:</u>  That the defendant discharged said firearm during and in relation to the defendant's commission of the violent crime charged in Count One.

**Factual Resume - Page 2**

IV.     Stipulated Facts:

On or about July 19, 2018, in the Fort Worth Division of the Northern District of Texas, defendant Blake Taylor, by force and violence, or intimidation, did attempt to take from the person and presence of another money belonging to and in the care, custody, control, management and possession of a bank, that is, the Veritex Community Bank, 2424 Merrick, Fort Worth, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), and in committing such offense, Blake Taylor and Desmond J. Wells, did assault, or put in jeopardy the life of another person, by the use of a dangerous weapon, that is a firearm.

Additionally, on or about July 19, 2018, in the Fort Worth Division of the Northern District of Texas, defendant Blake Taylor did knowingly brandish, discharge, carry and use a firearm, during and in relation to a crime of violence, namely, attempted bank robbery, in violation of 18 U.S.C. § 2113(a), for which the defendant may be prosecuted in a court of the United States.

On July 19, 2018, Taylor and co-defendant Desmond J. Wells entered Veritex Community Bank, located at 2424 Merrick Street in Fort Worth, Texas. Their faces and hands were covered to avoid identification. Wells demanded money from bank employees and displayed a bag for the money. Seconds later, Taylor began firing a handgun, shooting three employees. Taylor and Wells fled the bank before obtaining any of the bank's money.

Taylor admits that he attempted to rob the above-described bank, and that the bank was insured by the Federal Deposit Insurance Corporation at the time of the attempted robbery.

AGREED AND STIPULATED on this _29_ day of _October_, 2018.

_____        _____
BLAKE TAYLOR                            MICHAEL LEHMANN
Defendant                               Counsel for Defendant

**Factual Resume - Page 3**