

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 4 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**United States District Court
for the Northern District of Texas**
_Fort Worth_ **Division**

**United States of America,**
    *Plaintiff,*

v.

_Blake Taylor_,
    *Defendant.*

USP Cannon
Place of Confinement

57869-177
Federal Register Number

4:18-CR-231-A(01)
Criminal Case Number

## Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines:

_____ **Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)**

__✓__ **Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)**

---

### Instructions - Read Carefully

1.     The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instruction 3, below, to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offense level for certain offenders with zero criminal history points (U.S.S.G. § 4C1.1) and reduces or eliminates status points for certain offenders who previously received status points pursuant to U.S.S.G. § 4A1.1(d). Amendment 825 authorizes retroactive reductions effective February 1, 2024 or later. A copy of your original request is included with this form for your reference.

2.     This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

Page 1 of 5

3. Completed motions must be mailed to the **Clerk of the United States District Court for the Northern District of Texas** at the appropriate divisional office below:

**Abilene Division**
341 Pine Street
Room 2008
Abilene, TX 79601

**Amarillo Division**
205 SE 5th Avenue
Room 133
Amarillo, TX 79101

**Dallas Division**
1100 Commerce Street
Room 1452
Dallas, TX 75242

**Fort Worth Division**
501 W. 10th Street
Room 310
Fort Worth, TX 76102

**Lubbock Division**
1205 Texas Avenue
Room 209
Lubbock, TX 79401

**San Angelo Division**
33 East Twohig Avenue
Suite 202
San Angelo, TX 76903

**Wichita Falls Division**
501 W. 10th Street
Room 310
Fort Worth, TX 76102

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

## Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   United States District Court Forthworth Division

2. Date(s) of sentence and judgment of conviction:

   03-29-2019

3. Are you currently in prison for this sentence?

   ____✓____Yes  _____No

4. If so, when is your projected date of release? _____

5. Are you currently on supervised release?  _____Yes  ____✓____No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

   _____Yes  ____✓____No

Page 2 of 5

7.   Is your case currently on appeal? _____Yes __✓___No

8.   Offense(s) for which you were convicted (all counts):

_18 U.S.C. 2113 (A) and (D) Attempted Bank Robbery,_

_18 U.S.C. 924(c)(1)(A)(iii) for a Carrying, Brand-_

_ishing and Discharging a Firearm in relation to a cov_

9.   In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

__✓__ Yes _____ No _____ Not Sure

9a.  **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

☐ I received criminal history points from Chapter Four, Part A;

☐ I received an adjustment under § 3A1.4 (Terrorism);

☐ I used violence or credible threats of violence in connection with the offense;

☐ the offense resulted in death or serious bodily injury;

☐ the instant offense of conviction is a sex offense;

☐ I personally caused substantial financial hardship;

☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

☐ none of the statements above applies to my case.

Page 3 of 5

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

_____Yes    ___✓___No    _____ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

_____ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

_____ Yes    ___✓___ No    _____ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

I have completed Anger Management Hostility Abuses Parenting I before the system under health to right brain content. I'm currently enrolled in the upgrade in the RH program in Continue sequence again in less enhancement. I am also in the process of filing Appeal to work on 3841 conviction pursuant to U.S. v Aloyne 2021. I have actively given advances completed Criminal Thinking Series I have Criminal History Points

Page 4 of 5

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this _February 5th_ , 20_24_.

_Signature_

Signature of Defendant

_Blake Taylor_

Printed Name

_57459-177_

BOP No.

_USP Canaan_

Federal Correctional Institution (if applicable)

_P.O. Box 300_

Address

_Waymart, PA 18472_

City, State & Zip Code

Page 5 of 5

